**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CORINNE OMWENGA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 1:15-cv-00786** |
| ) | |
| **UNITED NATIONS FOUNDATION** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant UNF's Motion to Dismiss, it is on this _____ day of _____ 2016,

**ORDERED** that Defendant's Motion to Dismiss is **DENIED**

**IT IS SO ORDERED.**

 

Hon. Tanya S. Chutkan
United States District Court

1