IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINNE OMWENGA**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED NATIONS FOUNDATION**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:15-cv-00786 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR LEAVE TO FILE A REPLACEMENT DECLARATION**

Defendant United Nations Foundation ("UNF"), by and through undersigned counsel, respectfully files this Consent Motion for Leave to File a Replacement Declaration ("Motion"). In support of the Motion, UNF states as follows:

1.  On March 29, 2018, UNF filed its Motion for Summary Judgment ("MSJ") in this case.

2.  In connection with the MSJ, UNF submitted as Exhibit 31 thereto a declaration from Koki Hurley. Unfortunately, Ms. Hurley was in a remote location at the time of filing and was unable to send to undersigned counsel a signed copy of her declaration before the filing deadline. On Ms. Hurley's authority, undersigned counsel electronically signed the document on Ms. Hurley's behalf, with the understanding that Ms. Hurley would send the original signed declaration to counsel as soon as she was able. Undersigned counsel included the electronically signed declaration as Exhibit 31 to the MSJ.

3. The next day (March 30), Ms. Hurley sent the signed declaration to counsel, who filed it on April 2 as a replacement for the electronically signed Exhibit 31 to the MSJ. (ECF #41, denominated as "Supplemental Memorandum"). On April 4, 2018, the Court ordered the document stricken from the docket because UNF did not seek leave to file.

4. UNF now seeks leave of the Court to file the declaration, which is attached hereto as <u>Exhibit A</u>. Counsel for Plaintiff has informed undersigned counsel that he does not oppose this request.

Dated: April 5, 2018

Respectfully submitted,

   /s/ David Schur  _____
Deborah Kelly
dkelly@manatt.com
David Schur
dschur@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
Phone: (202) 585-6500
Fax: (202) 585-6600

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 5th day of April 2018, the foregoing Consent Motion for Leave to File a Replacement Declaration and the exhibit thereto, and Proposed Order were filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

>R. Scott Oswald
>Andrew Witko
>THE EMPLOYMENT LAW GROUP, P.C.
>888 – 17th Street, NW
>9th Floor
>Washington, DC 20006

                                                                              /s/ David Schur
                                                           David Schur